**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MAUREEN MURPHY, *et al.*, | Case No. 3:22-cv-05377 |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |
| v. | |
| GINA RAIMONDO, *et al.*, | |
| Defendants. | |

Order

Upon consideration of Defendants' stipulated motion for leave to file an over-length brief, the Court hereby GRANTS the motion. Defendants are granted leave to file a 36-page brief in support of their motion for summary judgment.

The Court notes it likely will limit any future requests for filing of an over-length brief to 36 pages.

DATED: July 25, 2022

David G. Estudillo
United States District Judge

Presented by:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ John Robinson
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20006
Phone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*

Order