Hon. David G. Estudillo

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MAUREEN MURPHY,<br>   individually and on behalf of a class of similarly situated individuals;<br>JOHN HUDDLESTON,<br>   individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiffs,<br><br>             v.<br><br>GINA RAIMONDO,<br>   in her official capacity as Secretary of Commerce;<br>DEPARTMENT OF COMMERCE,<br>   a federal agency;<br>ROBERT SANTOS,<br>   in his official capacity as Director of the Bureau of the Census;<br>BUREAU OF THE CENSUS,<br>   a federal agency,<br><br>             Defendants. | Civil Action No. 3:22-cv-05377-DGE<br><br>**PLAINTIFFS' ADDITIONAL NOTICE OF COUNSELS' UNAVAILABILITY FOR ORAL ARGUMENT** |

Counsel for Plaintiffs respectfully advise this Court of an additional date of unavailability for oral argument. All Counsel for plaintiffs are unavailable on October 17, 2022.

DATED: October 4, 2022.

Respectfully submitted:

s/ *Aditya Dynar*
ADITYA DYNAR
DC Bar No. 1686163*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Telephone: (202) 807-4472
Email: ADynar@pacificlegal.org

s/ *Brian T. Hodges*
BRIAN T. HODGES
WSBA No. 31976
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, WA 98104
Telephone: (425) 576-0484
Email: BHodges@pacificlegal.org

s/ *Michael A. Poon*
MICHAEL A. POON
Cal. Bar No. 320156*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Email: MPoon@pacificlegal.org

*\* pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed a copy of the foregoing with the Clerk of this Court through the CM/ECF system, which will notify all counsel of record of this filing.

DATED: October 4, 2022.

                                  s/ *Aditya Dynar*
                                  ADITYA DYNAR
                                  DC Bar No. 1686163

                                  *Attorney for Plaintiffs*