# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAUREEN MURPHY, individually and on behalf of a class of similarly situated individuals; JOHN HUDDLESTON, individually and on behalf of a class of similarly situated individuals,<br><br>     Plaintiffs,<br> v.<br><br>GINA RAIMONDO et al,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:22-cv-05377-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion for summary judgment (Dkt. No. 22) is GRANTED as Plaintiffs' claims are not ripe. Plaintiffs' cross-motion for summary judgment (Dkt. No. 26) is DENIED. Plaintiffs' claims are DISMISSED without prejudice.

 Dated January 3, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Michael Williams
                Deputy Clerk