# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | WESTERN WASHINGTON |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:22-cv-05377-DGE

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: May 24, 2022

Date of judgment or order you are appealing: January 3, 2023

Docket entry number of judgment or order you are appealing: Doc. 45 and 46

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

MAUREEN MURPHY, individually and on behalf of a class of similarly situated individuals; JOHN HUDDLESTON, individually and on behalf of a class of similarly situated individuals

Is this a cross-appeal?  ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Aditya Dynar          **Date** March 6, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                      Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

MAUREEN MURPHY, individually and on behalf of a class of similarly situated individuals; JOHN HUDDLESTON, individually and on behalf of a class of similarly situated individuals

Name(s) of counsel (if any):

Aditya Dynar, Michael Poon, Pacific Legal Foundation

Address: 3100 Clarendon Blvd., Suite 1000, Arlington, VA 22201

Telephone number(s): (202) 807-4472, (916) 419-7111

Email(s): ADynar@pacificlegal.org, MPoon@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

GINA RAIMONDO, in her official capacity as Secretary of Commerce; DEPARTMENT OF COMMERCE; ROBERT SANTOS, in his official capacity as Director of the Bureau of the Census; BUREAU OF THE CENSUS

Name(s) of counsel (if any):

John Robinson, U.S. Dep't of Justice

Address: 1100 L Street NW Washington, DC 20006

Telephone number(s): (202) 616-8489

Email(s): john.j.robinson@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*